# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CORNURIULS BLAKE,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **v.** | ) Case No. 2:20-cv-1530-LCB-GMB |
| | ) |
| **MARY COOK, Warden,** | ) |
| | ) |
| **Respondent.** | ) |

## MEMORANDUM OPINION

This is an action for a writ of habeas corpus action filed by petitioner Cornuriuls Blake, pro se, on or about October 1, 2020. (Doc. 1). Blake challenges his conviction and thirty-year sentence, imposed on August 20, 2001, for first degree sexual abuse in the Circuit Court of Jefferson County, Alabama. (Doc. 1). On March 1, 2021, United States Magistrate Judge Gray Borden entered a Report and Recommendation in accordance with 28 U.S.C. § 636(b), recommending that the habeas petition be dismissed with prejudice as untimely and with unexhausted and procedurally defaulted claims. (Doc. 14). Although the petitioner was notified of his right to file objections within fourteen days, no objections have been filed with the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Magistrate Judge's Report and Recommendation, the Court

is of the opinion that the Magistrate Judge's findings are due to be and are hereby **ADOPTED** and the Recommendation is **ACCEPTED**. Accordingly, the petition for writ of habeas corpus is due to be **DISMISSED WITH PREJUDICE**. Further, because the petition does not present issues that are debatable among jurists of reason, a certificate of appealability is due to be **DENIED**. *See* 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000); Rule 11(a), *Rules Governing § 2254 Proceedings*.

A separate Judgment will be entered.

The Clerk of Court is **DIRECTED** to close the case.

**DONE** and **ORDERED** this April 12, 2021.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE